## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| ARAMIS MANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV621-055 |
| | ) | |
| BRIAN ADAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The Court previously granted *pro se* plaintiff Aramis Mann's request to proceed *in forma pauperis*. Doc. 5. He was directed to return several forms, and the Court granted his request to extend the deadline to comply. *See* doc. 8. He returned one of the forms within the extended deadline. Doc. 9. When he did not return the second form, the Court directed him to show cause why his case should not be dismissed. Doc. 10. Mann has failed to respond to that Order, and the time for doing so has long since expired. *See generally* docket.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006).  Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court.  Fed. R. Civ. P. 41(b).  Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c).  The Court's prior Order expressly warned Mann of the consequences of failing to comply with its instructions.  *See* doc. 10 at 3.  Mann's failure to prosecute this case and failure to respond to the Court's Order warrant dismissal.  Accordingly, his Complaint is **DISMISSED** for failing to obey a court order and failing to prosecute his case.  Doc. 1.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 15th day of May, 2024.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2